IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| MCFALLS-KENNEDY, SHAWNA GAIL | ) CASE NO. 17-19523-JGR |
| XXX-XX-9290 | ) CHAPTER 7 |
| | ) |
| | ) |
| Debtor(s). | ) |

**TRUSTEE'S COMBINED MOTION TO (i) EMPLOY AUCTIONEER, (ii) SELL PERSONAL PROPERTY AT PUBLIC AUCTION SALE, AND (iii) COMPENSATE AUCTIONEER FOLLOWING SALE**

Robertson B. Cohen, the Chapter 7 Trustee herein, hereby requests authority to (i) employ Schur Success Auction and Appraisal Inc ("Schur"), as the estate's auctioneer, pursuant to Bankruptcy Code §327(a) and Bankruptcy Rule 2014, (ii) sell Personal property at public auction sale, pursuant to Bankruptcy Code §363(b), and (iii) compensate Schur in the form of auctioneer's fees and expenses following such sale. In support hereof, Trustee states as follows:

1. Shawna McFalls-Kennedy ("Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on October 13, 2017 (the "Petition Date"). Robertson B. Cohen is the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate.

2. In the bankruptcy schedules, Debtors listed a 1967 Volvo P210 Van, a 2015 Royal Enfield Classic 500 Motorcycle, a 2014 Land Rover Range Rover Sport Automobile, a 1973 Rio Del Rey Travel trailer and other various personal property (referred to herein as the "Personal Property"). The Personal Property is unencumbered and non-exempt.

3. Pursuant to 11 U.S.C. §541, Debtor's interest in the Personal Property became property of the bankruptcy estate as of the Petition Date.

4. Pursuant to Bankruptcy Code §704, Trustee must collect and reduce all non-exempt property of the estate to money. Therefore, Trustee seeks to sell the Personal Property at public auction sale, outside the ordinary course of Personal and other interests in such property of entities other than the estate. Trustee is informed and believes there are no valid or enforceable liens, encumbrances or interests against the Personal Property. Trustee also seeks authority to pay, from the proceeds of sale, an auctioneer's commission to Schur, the auctioneer, and the costs of sale.

5. Trustee seeks to employ Schur pursuant to Bankruptcy Code §327(a) to perform the public auction of the Personal Property. Schur is an experienced auctioneer in the Colorado Springs area. Subject to the supervision and further order of this Court, Schur will perform the following services:

   a. Evaluation and/or appraisal of the Personal Property for value to bankruptcy estate;

   b. advertise the Personal Property for sale and advertise the date, time and place of the auction;

   c. conduct the auction;

   d. collect and remit all proceeds of sale; and

   e. prepare a report after sale showing the name of the purchaser and the sales price of the Personal Property.

6. Trustee requests authority to pay Schur a 5% commission of the gross sales price and allow Schur to auction on-line the Personal Property with a 10% buyer's premium to be charged to the successful purchaser to cover the online fee.  Trustee also requests authority to reimburse Schur for all necessary and reasonable expenses and costs in the process of selling the Personal Property to the successful bidder.  Trustee also requests authority to reimburse Schur for all necessary appraisal and valuation services if ultimately there is no sale of the Personal Property. Such expense is not to exceed $500.00.

7. The successful bidder of the Personal Property will receive, if required, a Trustee's Deed conveying the Personal Property as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee, if any. The successful bidder pays all costs to transfer title and pays any past or current taxes owed.

8. The rates to be charged by Schur are customary and standard rates charged by auctioneers in the Colorado Springs area.

9. To the best of Trustee's knowledge, Schur is a disinterested person and does not hold or represent any interest adverse to Trustee or the estate in matters upon which Schur is to be engaged.  Schur does not have any connection with Trustee, Debtors, Debtors' creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

10. Attached hereto is the Affidavit of Richard D. Schur, which states that Schur is a disinterested person under 11 U.S.C. §§101 and 327.  The Affidavit also states that Schur is not a creditor, equity security holder or insider of the Debtors and does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in Debtors or for any other reason.  The Affidavit further states that Schur does not hold or represent an interest adverse to Trustee or the estate in matters upon which Schur is to be engaged.

11. Schur is licensed to do Personal in the State of Colorado and is in compliance with applicable laws governing the conduct of auctioneers.  See Affidavit attached hereto.

12. Schur has executed a bond in favor of the United States in the amount of $100,000 to protect estate funds and the property in its possession and control. See Affidavit attached hereto.

13. Schur maintains general liability insurance in the amount of $2,000,000; it also has theft, fire and casualty insurance of $2,000,000.00. See Affidavit attached hereto.

14. If approved, Schur will undertake its best efforts to sell the Personal Property for the highest price at public on-line auction at https://success-auctions.hibid.com ending on December 30, 2017. However, Trustee believes that it is impractical if not impossible to obtain an absolute date certain for the auction at this time, because Schur schedules its auctions with some flexibility, depending on the amount of items of property that are to be sold by on-line auction. Therefore, Trustee has advised interested parties in this notice to contact Schur by phone at (719) 667-1000 or on the website: www.SuccessRealtyAuctions.com or www.UCSSRA.com to confirm the auction dates.

15. Trustee believes that there are sound Personal reasons for selling the Personal Property and that the sale of such property by public auction to be conducted by Schur, in the manner described above is in the best interest of the bankruptcy estate and the creditors. Trustee therefore requests authority to sell the Personal Property by public auction and to pay, from the gross proceeds of the auction, a 5% commission on the gross sales price to Schur, plus reimbursement of all reasonable expenses and costs.

WHEREFORE, Trustee respectfully requests that the Court enter an Order:

(i) authorizing Trustee to sell the Personal Property at public auction, other than in the ordinary course of Personal and to take all actions as may be necessary and appropriate to effectuate the sale of the Personal Property;

(ii) authorizing Trustee to employ Schur to conduct the public auction of the Personal Property and to compensate Schur at the rate of 5% of the gross sale proceeds of the Personal Property plus reasonable and necessary costs and expenses incurred in connection with the sale; and

(iii) for such other and further relief as the Court deems just and proper.

Dated this November 21, 2017.

                Respectfully submitted,

                By: */s/ Robertson B. Cohen*
                    Robertson B. Cohen, Chapter 7 Trustee
                    1720 S Bellaire, Suite 205
                    Denver, CO  80222
                    Telephone:  (303) 933-4529
                    Email: trusteecohen@cohenlawyers.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>**S. G. McFalls-Kennedy**<br><br>DEBTORS | ) CASE NO: **17-19523-JGR**<br>)<br>) CHAPTER 7<br>) |

## AFFIDAVIT OF AUCTIONEER / LIQUIDATOR

The undersigned submits an affidavit in support of employment by the Trustee as set forth in the trustee's Motion to Appoint Professional as Auctioneer/Liquidator to the Trustee that was filed by the Trustee

| | |
|---|---|
| STATE OF COLORADO | )<br>) ss.<br>) |
| COUNTY OF EL PASO | |

      I, Richard D. Schur, of Schur Success Auction & Appraisal Inc., (dba Schur Success Group), being first duly sworn, do state an aver as follows:

1. I am an experienced Auctioneer/ Liquidator licensed to provide these services in the State of Colorado.

2. I maintain an office for the practice of auctioning in Colorado with a mailing address of 366 Second Street, Suite B, Monument, Colorado 80132. My telephone numbers are (719) 667-1000, and (866) 290-2243, ext. 2.

3. To, the best of my knowledge, information and belief neither I nor any employees, officers or directors of Schur Success Group, hold any interest adverse to the bankruptcy estate, the Debtors, the creditors, the Chapter 7 Trustee of the United States Trustee. I believe that all employees, officers and directors of Schur Success Group, are disinterested persons with the meaning of 11 U.S.C. 101(14).

4. To, the best of my knowledge, information and belief neither I nor any employees, officers or directors of Schur Success Group, have any connections with the Debtors, creditors, any other party of interest, their respective attorneys and accountants or any person employed in the office of the U.S. Trustee. The only connection I have with the Chapter 7 Trustee is that I have been employed by the Trustee in other unrelated bankruptcy cases.

5. Schur Success Group, has a blanket bond in the amount of fifty-thousand dollars ($50,000). Bond No. 0704464 is a bond issued in the favor of the U.S. Government. This Bond has been in force since May 31, 2016 and is paid up to the next renewal date of May 31, 2018 (the Bond renews continuously until canceled by the Principal).

6. Schur Success Group, has liability insurance in the amount of $2,000,000.00; it also has theft, fire and casualty insurance of $2,000,000.00. These policies are issued by Conifer Insurance Company, policy number CICP 014804. The insurance is in effect and is paid annually through the next renewal date of November 1, 2018.

7. I have agreed to represent the Trustee for reasonable compensation. Schur Success Group, requests to place these assets for auction in an on-line format, with a ten percent (10%) buyer's premium (cash or cash equivalent) to be charged to the successful bidder, and a five percent (5%) commission on the gross proceeds of the sale to be paid by the estate (seller). In addition, I will receive reasonable compensation for my actual and necessary costs of sale to sell transport, advertise, and store the property to be sold and others.

8. I have not shared nor agreed to share compensation received herein with any persons.

9. It is my understanding that the assets to be sold in an online auction, in this case, **a 1967 Volvo P210 Van, a 2015 Royal Enfield Classic 500 Motorcycle, a 2014 Land Rover Range Rover Sport Automobile, a 1973 Rio Del-Ray Travel Trailer, and other miscellaneous personal property.** If applicable, the State of Colorado is hereby directed to issue title to successful purchaser at Trustee auction.

10. I would contemplate that the assets of this estate would be placed, after approval of employment and the motion to sell, in the next routinely scheduled auction or similar assets and vehicle sale(s) or into an individual auction of these specific items, and that the estate would not, incur unnecessary advertising expenses related to the auction sale(s).

11. After any sale conducted by me, I will submit to the Trustee the proceeds from the sale. At that time I will also submit to the Trustee and the U.S. Trustee a Report of Sale containing a complete statement and itemization of all assets and equipment sold, the sales prices, the purchasers, and the cost of the sale.

Executed this **16th** day of **November, 2017**

_____
Richard D. Schur

Subscribed and sworn to before me in the county of **El Paso**, State of Colorado, this **16th** day of **November, 2017**.

_____
MICHAEL P WHITFIELD
NOTARY PUBLIC
Notary Expires: **JANUARY 24, 2021**

MICHAEL P WHITFIELD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174003629
MY COMMISSION EXPIRES JAN 24, 2021