UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SHAWNA MCFALLS KENNEDY | CASE NO: 17-19523-JGR |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 11/21/2017, I did cause a copy of the following documents, described below,

Notice of Application to Employ, Sell and Compensate,

Application to Employ, Sell and Compensate

Proposed Order Application to Employ, Sell and Compensate

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 11/21/2017

/s/ Robertson B Cohen Trustee
Robertson B Cohen Trustee  35252
Robertson B Cohen Trustee
1720 S Bellaire Street, Ste. 205
Denver, CO  80222
303 933 4529
bsaville@cohenlawyers.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: SHAWNA MCFALLS KENNEDY | CASE NO: 17-19523-JGR |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 11/21/2017, a copy of the following documents, described below,

Notice of Application to Employ, Sell and Compensate,

Application to Employ, Sell and Compensate

Proposed Order Application to Employ, Sell and Compensate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robertson B Cohen Trustee
Robertson B Cohen Trustee
1720 S Bellaire Street, Ste. 205
Denver, CO  80222

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE LIST" WERE NOT SERVED VIA USPS CERTIFIED MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
10821
CASE 17-19523-JGR
DISTRICT OF COLORADO
DENVER
TUE NOV 21 08-35-42 MST 2017

2 1ST BANK
550 S WADWORTH
DENVER CO 80226-3111

3 A 1 COLLECTION AGENCY
PO BOX 1929
GRAND JUNCTION CO 81502-1929

4 BANK OF AMERICA
9830 N LAKE CREEK PKWY
AUSTIN TX 78717-5947

5 BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

6 CHAD S CABY
1200 17TH ST
SUITE 3000
DENVER CO 80202-5855

7 CHASE FINANCIAL
PO BOX 901076
FORT WORTH TX 76101-2076

8 CITY OF AURORA
PO BOX 1004
AURORA CO 80040-1004

9 SEAN CLOYES
1159 DELAWARE ST
DENVER CO 80204-3607

10 ROBERTSON B COHEN
1720 S BELLAIRE ST
STE 205
DENVER CO 80222-4327

11 COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST ROOM 504
DENVER CO 80261-2200

12 COLORADO DEPT OF LABOR AND EMPLOYMENT
633 17TH ST
DENVER CO 80202-2108

13 DEPARTMENT OF LABOR AND EMPLOYMNET
PO BOX 8789
DENVER CO 80201-8789

14 DEPT OF EDUCATION  NAVIENT
PO BOX 9635
WILKES BARRE PA 18773-9635

15 FIRST TECH FEDERAL CREDIT UNION
555 TERRY AVE
SEATTLE WA 98109-4361

16 HUDFHA
1670 BROADWAY
DENVER CO 80202-3690

17 HEART OF THE ROCKES REGIONAL
MEDICAL CENTER
1000 RUSH DRIVE
SALIDA CO 81201-9627

18 INTERNAL REVENUE SERVICE
1999 BROADWAY MS 5012
DENVER CO 80202-3025

19 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

20 LDC COLLECTION SYSTEMS
13111 E BRIARWOOD AVE 340
CENTENNIAL CO 80112-3913

21 MCCREARY VESELKA BRAGG  ALLEN PC
PO BOX 1310
ROUND ROCK TX 78680-1310

*DEBTOR*

22 SHAWNA GAIL MCFALLS KENNEDY
17870 NEW LONDON RD
MONUMENT CO 80132-8522

23 MONUMENT HILL COUNTRY CLUB
18945 PEBBLE BEACH WAY
MONUMENT CO 80132-8971

24 NELNET
3015 S PARKER RD 400
AURORA CO 80014-2904

25 NELSON  KENNARD ATTORNEYS AT LAW
2594 SOUTH LEWIS WAY SUITE A
LAKEWOOD CO 80227-2839

26 POLK COUNTY JUSTICE OF THE PEACE
101 W MILL ST
LIVINGSTON TX 77351-3228

27 RADIANCE CAPITAL RECEIVABLES
NINETEEN LLC
6416 PACIFIC HWY E
FIFE WA 98424-1561

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


28 STATES RECOVERY                  29 US ATTORNEY                      30 US ATTORNEY   DISTRICT COUNSEL
2491 SUNRISE BLVD                   1225 17TH ST                        1244 SPEER BLVD
RANCHO CORDOVA CA 95670-4344        DENVER CO 80202-5598                DENVER CO 80204-3518




31 US ATTY GEN DOJ  TAX DIVISION    32 US DEPT OF EDUCATION             33 US TRUSTEE
PO BOX 683                          PO BOX 530260                       BYRON G ROGERS FEDERAL BUILDING
WASHINGTON DC 20044-0683            ATLANTA GA 30353-0260               1961 STOUT ST
                                                                        STE 12-200
                                                                        DENVER CO 80294-6004




34 VARGO   JANSEN                   35 VETERANS ADMINISTRATION          36 VON GUNTEN LAW LLC
PO BOX 280389                       1055 CLERMONT ST                    2696 S COLORADO BLVD STE 302
LAKEWOOD CO 80228-0389              DENVER CO 80220-3873                DENVER CO 80222-5938
```

Case:17-19523-JGR Doc#:17 Filed:11/21/17 Entered:11/21/17 10:22:14 Page4 of 4