## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | Case No.  17-19523 JGR |
| SHAWNA GAIL McFALLS-KENNEDY, ) | |
| ) | Chapter 7 |
|    Debtor. ) | |
| ———————————————— ) | |
| FIRSTBANK, ) | |
| ) | |
|    Movant, ) | |
| v. ) | |
| ) | |
| SHAWNA GAIL McFALLS-KENNEDY; ) | |
| and ROBERTSON B. COHEN, Chapter 7 ) | |
| Trustee, ) | |
| ) | |
|    Respondents. ) | |

### MOTION TO APPROVE STIPULATION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY FIRSTBANK (STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY UPON DEFAULT)

FirstBank, by and through its counsel, Lewis Roca Rothgerber Christie LLP, hereby files its Motion to Approve Stipulation Regarding Motion for Relief from Automatic Stay Filed by FirstBank (Stipulation for Relief from the Automatic Stay Upon Default) and, in support thereof, states the following:

### BACKGROUND

1. Shawna Gail McFalls-Kennedy (the "Debtor") filed her voluntary petition for Chapter 13 relief on May 23, 2017 (the "Petition Date"). Robertson B. Cohen, Esq. is the duly appointed and acting Chapter 7 Trustee (the "Trustee") for the Debtor's bankruptcy case.

2. The Debtor is indebted to FirstBank for an Adjustable Rate Note in favor of FirstBank, f/k/a FirstBank of El Paso County, in the original principal amount of $530,263.85 (the "Note"). Under the Note, the Debtor is required to make certain monthly payments relating to the Debtor's primary residence described as 17870 New London Rd., Monument, Colorado 80132 (the "Property"). The indebtedness under the Note and the lack of timely monthly payments related to the Property are the basis for FirstBank's Second Motion for Relief from Automatic Stay (Docket No. 23) filed on December 27, 2017 (the "Second Stay Motion").

3. Since filing the Second Stay Motion, the parties have negotiated a resolution of the same which has been memorialized in the parties' Stipulation Regarding Motion for Relief from Automatic Stay Filed by FirstBank (Stipulation for Relief from the Automatic Stay Upon

Default) (the "Stipulation"). A copy of the Stipulation is attached and incorporated herein as **Exhibit A.**

    4.    The Stipulation provides, in relevant part:

    (a)    The Debtor agrees that she shall maintain and make regular timely monthly payments for all FirstBank secured debts beginning with the March 2018 payment and thereafter. All postpetition payments owed to FirstBank must be cured no later than February 15, 2018, except that the January 2018 payment must be tendered to FirstBank by January 31, 2018. Currently, the monthly payment for the Property is $3,359.35 per month, which shall be due on the 1st of each and every month. The monthly payment amount may change due to calculation under an adjustable rate mortgage or further escrow analysis. The Debtor agrees to make monthly payments as set forth in any notices sent to the Debtor by FirstBank. Failure to make any monthly payment as outlined herein or pursuant to the other terms of this Stipulation shall constitute a default under this Stipulation and shall be grounds for relief from the automatic stay.

    (b)    Default under this Stipulation shall occur if:

    (i)    Debtor fails to make any of the payments that are specifically set forth in this Stipulation; or

    (ii)    Debtor fails to make any regular monthly payments to FirstBank that shall come due.

    (c)    In the event a default occurs, FirstBank shall proceed in the following manner:

    (i)    FirstBank will deliver written notice of the default to the Debtor and Debtor's counsel (the "Notice"). Said Notice shall be deemed delivered upon placing the same in the United States mail, postage prepaid, addressed to the Debtor and to the Debtor's counsel. Said Notice shall set forth the amount of funds that the Debtor is in default.

    (ii)    Should the default not be cured within ten (10) days of the date of such Notice, FirstBank may file its Verified *Ex Parte* Motion to Enforce Terms of the Stipulation (the "Motion to Enforce"), stating that the Debtor has failed to comply with the terms of this Stipulation and the Order approving the same and demanding, pursuant to this Stipulation, that relief from stay be granted pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) in order to allow FirstBank to exercise its state law rights and remedies including the foreclosure of any deed(s) of trust for failure to comply with the terms of this Stipulation. FirstBank will mail a copy of the Motion to Enforce to Debtor and Debtor's counsel, although the Debtor agrees that said Motion to Enforce shall be granted *ex parte* without a hearing.

    (d)    FirstBank will not be required to send a Notice to the Debtor or Debtor's counsel more than one (1) time during the pendency of the above-captioned bankruptcy

case. If more than one (1) default occurs hereunder, FirstBank need not notify the Debtor or Debtor's counsel of the default. Instead, FirstBank shall file its Motion to Enforce seeking relief from the automatic stay in the Debtor's bankruptcy case.

5. Based upon the agreements set forth in the Stipulation, the issues raised by the Second Stay Motion have been resolved.

6. Accordingly, FirstBank requests the Court enter an Order approving the Stipulation and resolving the Second Stay Motion.

WHEREFORE, for the foregoing reasons, FirstBank requests an Order of the Court approving the Stipulation and requests such other and further relief as the Court finds just and proper.

Dated this 23rd day of January, 2018.

          LEWIS ROCA ROTHGERBER CHRISTIE LLP

          *s/ Chad S. Caby*
          Chad S. Caby, No 30927
          1200 17th Street, Suite 3000
          Denver, CO 80202-5855
          Tel: 303-628-9583
          Fax: 303-623-9222
          E-mail: ccaby@lrrc.com

          *Attorneys for FirstBank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2018, the foregoing MOTION TO APPROVE STIPULATION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY FIRSTBANK (STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY UPON DEFAULT) was mailed, postage prepaid and properly addressed, to the following:

Shawna Gail McFalls-Kennedy
17870 New London Rd.
Monument, CO 80132

Robertson B. Cohen
1720 S. Bellaire St., Ste. 205
Denver, CO 80222

Sean Cloyes
1159 Delaware St.
Denver, CO 80204

          *s/ Kimberly Means*
          LEWIS ROCA ROTHGERBER CHRISTIE LLP