# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 17-19523 JGR |
| SHAWNA GAIL McFALLS-KENNEDY, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |
| FIRSTBANK, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| SHAWNA GAIL McFALLS-KENNEDY; ) | |
| and ROBERTSON B. COHEN, Chapter 7 ) | |
| Trustee, ) | |
| ) | |
| Respondents. ) | |

## ORDER GRANTING MOTION TO APPROVE STIPULATION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY FIRSTBANK (STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY UPON DEFAULT)

THIS MATTER comes before the Court on the Motion to Approve Stipulation Regarding Motion for Relief from Automatic Stay Filed by FirstBank (Stipulation for Relief from the Automatic Stay Upon Default) (the "Motion"). The Court, having considered the Motion and the Stipulation attached to the Motion as Exhibit A (the "Stipulation") and being advised in the premises, hereby

ORDERS that the Stipulation is **APPROVED**;

IT IS FURTHER ORDERED that the Debtor shall comply with the terms of the Stipulation.

Dated this __25th__ day of January, 2018.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Court

102148650_1