UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| SHAWNA MCFALLS-KENNEDY | ) | Case No.: 17-19523 JGR |
| | ) | |
| Debtor. | ) | |

## MOTION TO AVOID JUDICIAL LIEN

COME NOW the Debtor, Shawna McFalls-Kennedy, by and through her attorneys, Berken Cloyes PC, and hereby submits this Motion to Avoid Judicial Lien, and as grounds thereof, states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 13, 2017.

2. Pursuant to 28 U.S.C. §1334, this Court has jurisdiction over this motion. This motion is filed pursuant to 11 U.S.C. §522(f) to avoid and cancel a judicial lien encumbering the residential real property of Debtors, located at 17870 New London Rd, Monument, CO 80132, in El Paso County, Colorado ("Property"). Said judicial lien is held by the following creditor:

| Creditor | Amount of Claim | Date Recorded | Reception Number |
|---|---|---|---|
| Radiance Capital Receivables Nineteen LLC | $545,684 | 1/20/2017 | 217007798 |

3. Pursuant to 11 U.S.C. §522(d)(1), and C.R.S. §13-54-107, C.R.S. 38-41-201 and C.R.S. 38-41-202, the Movants have claimed such residential property as exempt, and have no equity in excess of the consensual liens and their homestead exemption.

4. Said claim is a judicial lien within the purview of 11 U.S.C. § 522(f)(1) and impairs Debtor's aforesaid exemptions within the meaning of 11 U.S.C. § 522(f). As listed in the Chapter 7 Schedules, the value of Debtor's interest in her primary residence at the time of the filing is approximately $505,559.00, based upon comparable values in the neighborhood. Consensual liens encumbering the subject property include a first mortgage of $436,136.00, owed to First Bank.

5. That accordingly, said judicial lien impairs the Debtor's exemption inasmuch as the sum of the consensual and judicial liens, as well as the exemption amount allowed per the relevant Colorado statutes set forth above, exceed the value that the Debtors' interest would have been but for the existence of the lien. The subject real estate is valued at $505,559.00. The consensual lien totals

$436,136.00, leaving $69,423.00. Debtor claimed a $75,000 homestead exemption, for which no objection was filed. As such, there is no equity for the above judgment lien to attach.

WHEREFORE, Debtor/Movant respectfully requests that this Court issue an order against the aforementioned Creditor, avoiding and canceling the judicial lien recorded against the above-mentioned property, and for other and further relief as this Court may deem to be just and proper.

Dated: February 26, 2018 By: */s/ Sean Cloyes*
Sean Cloyes, 33381
Berken Cloyes PC
1159 Delaware Street
Denver, Colorado 80204
(303) 623-4357
sean@berkencloyes.com