**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                    )   Chapter 7
                                          )   Case No.: 17-19523 JGR
SHAWNA MCFALLS-KENNEDY                    )
                                          )
    Debtor                                )
                                          )

## ORDER AVOIDING LIEN

Upon the Motion by the Debtor to Avoid Judicial Lien and Responses thereto, and the Court being advised of the premises therein:

HEREBY ORDERS that the Debtor's Motion to Avoid Judicial Lien is GRANTED.

IT IS FURTHER ORDERED that the following liens impair the Debtor's exemptions within the meaning of 11 U.S.C. §522(f), and are, therefore, forever avoided and extinguished and no longer enforceable against the property of the Debtor:

| Creditor | Amount of Claim | Date Recorded | Reception Number |
|---|---|---|---|
| Radiance Capital Receivables Nineteen LLC | $545,684 | 1/20/2017 | 217007798 |

DATED THIS  28th  DAY OF ____March_____, 2018.

BY THE COURT:

_____
THE HONORABLE JOSEPH G. ROSANIA, JR.