IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MCFALLS-KENNEDY, SHAWNA GAIL | ) | CHAPTER 7 |
| XXX-XX-9290 | ) | CASE NO. 17-19523-JGR |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Robertson B. Cohen, Chapter 7 Trustee | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Radiance Capital Receivables Nineteen LLC | ) | |
| | ) ADV. CASE NO. _____-JGR | |
| | ) | |
| Defendant | ) | |

## COMPLAINT TO RECOVER PREFERENCE

Robertson B. Cohen, Chapter 7 Trustee ("Trustee") respectfully submits his COMPLAINT against Radiance Capital Receivables Nineteen LLC and states as follows:

### JURISDICTION

1. This Court has core jurisdiction over this action pursuant to 11 U.S.C. §105, 11 U.S.C. §547(b) and 11 U.S.C. §550(a)(1), Federal Rule of Bankruptcy Procedure 7001, 28 U.S.C. §157(b)(2)(F), 28 U.S.C. §157(b)(2)(h), 28 U.S.C. §1334 and General Procedure Order 1984-1 issued by the United States District Court of the District of Colorado.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Plaintiff does consent to entry of final orders or judgment by the bankruptcy court.

### PARTIES

4. Robertson B. Cohen is the Chapter 7 Trustee for the Debtor's bankruptcy estate and conducts business in the state of Colorado.

5. Defendant is a Washington corporation. Defendant's principal office is located at 6416 Pacific Highway E, Fife, Washington, 98424 and its registered agent Matthew Sweeney, PO Box 7935, Tacoma, Washington, 98417.

## GENERAL ALLEGATIONS

6. All above allegations are incorporated herein by reference.

7. Debtor filed a petition for bankruptcy relief under Chapter 7 of title 11 of the United States Code on October 13, 2017.

8. The Trustee is the duly appointed Chapter 7 Trustee for the Debtor's bankruptcy case.

9. In the ninety days prior the Debtor's date of filing, Defendant garnished from the Debtor's wages in the amount of $5,795.34. Creditor also garnished Debtor's wages $959.51 post-petition. [**SEE EXHIBIT 1; Debtor income record**].

10. Plaintiff will incur $350.00 in costs to file this complaint to recover preference.

## FIRST CLAIM FOR RELIEF
### Recovery of Preferential Transfer Pursuant to Bankruptcy Code §547(b)

11. All above allegations are incorporated herein by reference.

12. Receipt of the payment is an avoidable preferential transfer due to the fact that the it was:

   a. To or for the benefit of the Defendant, who at the time of the Transfer was a creditor of the Debtor;

   b. For or on account antecedent debt owed by the Debtor to the Defendant before such Transfer was made;

   c. Made while the Debtor were insolvent;

   d. Made within ninety (90) days before the date of the filing of the bankruptcy petition; and

   e. And that enabled the Defendant to receive more than it would receive it (i) the case was a case under Chapter 7 of title 11 of the United States Code; (ii) the Transfer had not been made; and (iii) the Defendant received payment of this debt to the extent provided by the provision of Title 11 of the United States Code.

WHEREFORE, Plaintiff Robertson B. Cohen, Chapter 7 Trustee, respectfully request the court to enter a Judgment in his favor and against Defendant Radiance Capital Receivables Nineteen LLC in the amount of $6,754.85 pursuant to 11 U.S.C. §547(b) and 11 U.S.C. §550(a)(1) and as part of such Judgment award the Plaintiff pre-judgment interest and reasonable attorney's fees and costs and such other and further relief as may be appropriate under the circumstances.

Dated this April 24, 2018.

                Respectfully submitted,

                */s/ Robertson B. Cohen*
                _____
                Robertson B. Cohen, Chapter 7 Trustee
                1720 S. Bellaire St; Ste 205
                Denver, CO 80222
                (303) 933-4529
                Email: trusteecohen@cohenlawyers.com

```
Dell Marketing LP                                    10/20/2017            D4551672
One Dell Way RR1-64
Round Rock, TX 78682

ADVICE OF DEPOSIT - NON-NEGOTIABLE                                         $2,095.27

    SHAWNA G. KENNEDY
    17870 NEW LONDON RD
    MONUMENT, CO  80132

  HDQ 10062442  221091              AGJA-1-                    NON-NEGOTIABLE
```

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX | US-S CO-S | US-3/0  CO-0/0 | | D4551672 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 10/07/17 | 10/20/17 | 10/20/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | – | – | 4,989.54 | 100,028.34 | Checking - XXXXXX6706 | 2,095.27 |
| Commissions | – | – | – | 50,970.06 | | |
| Remote Stipend | – | – | 13.84 | 290.64 | | |
| SPIF | – | – | – | 1,398.58 | | |
| Group Term Life > $50,000 | – | – | 7.71 | 151.71 | | |
| Total Gross | | | 5,011.09 | 152,839.33 | | |

| Pre-Tax Deductions | Current | Year To Date |
|---|---|---|
| Pretax Medical Plan | 76.66 | 1,609.86 |
| Pretax Dental Plan | 6.37 | 133.77 |
| Pretax Vision Plan | 1.34 | 28.14 |
| 401(k) Savings Plan | 249.48 | 7,619.89 |
| Total | 333.85 | 9,391.66 |

| W2 Gross | 4,677.24 | 143,447.67 |
|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement | – | – | – | 1,647.00 |
| | | | – | 1,647.00 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 881.92 | 29,665.21 |
| Social Security (FICA) | – | 7,886.40 |
| Federal Medicare | 71.44 | 2,190.48 |
| Colorado Income Tax | 212.00 | 6,554.00 |
| Total | 1,165.36 | 46,296.09 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 1 | 112.77 | 2,368.17 |
| 401(k) Loan 2 | 320.29 | 6,726.09 |
| LTD | 7.92 | 166.32 |
| Supplemental Life Insurance | 8.41 | 168.21 |
| Group Term Life>$50,000 Offse | 7.71 | 151.71 |
| Wage Attachment | 959.51 | 12,264.61 |
| Total | 1,416.61 | 21,845.11 |

| Net Pay | 2,095.27 |
|---|---|

Dell Marketing LP  -  One Dell Way  Round Rock,  TX  78682  -  (512) 728-1111
© 2006 ADP, LLC   All Rights Reserved

EXHIBIT 1 - page 1

```
Dell Marketing LP                                   09/29/2017                    D4534947
One Dell Way RR1-64
Round Rock, TX 78682

ADVICE OF DEPOSIT - NON-NEGOTIABLE                                            $1,968.72


SHAWNA G. KENNEDY
17870 NEW LONDON RD
MONUMENT, CO 80132

HDQ 10062442  221091          AGBA-1                        NON-NEGOTIABLE
```

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX | US-S CO-S | US-3/0 CO-0/0 | | D4534947 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 09/29/17 | 09/29/17 | 09/29/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | - | - | - | 90,286.86 | Checking - XXXXXX6706 | 1,968.72 |
| Commissions | - | - | 4,118.35 | 50,970.06 | | |
| Remote Stipend | - | - | - | 262.96 | | |
| SPIF | - | - | - | 1,398.58 | | |
| Group Term Life > $50,000 | - | - | - | 136.80 | | |
| Total Gross | | | 4,118.35 | 143,055.26 | | |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| Pretax Medical Plan | | | - | 1,456.54 |
| Pretax Dental Plan | | | - | 121.03 |
| Pretax Vision Plan | | | - | 25.46 |
| 401(k) Savings Plan | | | 205.92 | 7,132.81 |
| Total | | | 205.92 | 8,735.84 |

| W2 Gross | | | 3,912.43 | 134,319.42 |
|---|---|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement - | | - | - | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | | | |
|---|---|---|---|
| Federal Income Tax | | 978.11 | 27,964.57 |
| Social Security (FICA) | | - | 7,886.40 |
| Federal Medicare | | 59.72 | 2,051.06 |
| Colorado Income Tax | | 181.00 | 6,140.00 |
| Total | | 1,218.83 | 44,042.03 |

| After-Tax Deductions | | | |
|---|---|---|---|
| 401(k) Loan 1 | | - | 2,142.63 |
| 401(k) Loan 2 | | - | 6,085.51 |
| LTD | | - | 150.48 |
| Supplemental Life Insurance | | - | 151.81 |
| Group Term Life>$50,000 Offse | | - | 136.80 |
| Wage Attachment | | 724.88 | 10,385.83 |
| Total | | 724.88 | 19,053.06 |

| Net Pay | 1,968.72 |
|---|---|

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 728-1111
© 2006 ADP, LLC All Rights Reserved

EXHIBIT 1 - page 2

```
Dell Marketing LP                                09/22/2017                D4527330
One Dell Way RR1-64
Round Rock, TX 78682

ADVICE OF DEPOSIT - NON-NEGOTIABLE                                         $1,986.87

       SHAWNA G. KENNEDY
       17870 NEW LONDON RD
       MONUMENT, CO  80132

       HDQ 10062442 - 221091         AG6A-1-              NON-NEGOTIABLE
```

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX US-S CO-S | | US-3/0  CO-0/0 | | D4527330 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 09/09/17 | 09/22/17 | 09/22/17 |

| Earnings | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Salary Exempt | - | - | 4,751.94 | 90,286.86 |
| Commissions | - | - | - | 46,851.71 |
| Remote Stipend | - | - | 13.84 | 262.96 |
| SPIF | - | - | - | 1,398.58 |
| Group Term Life > $50,000 | - | - | 7.20 | 136.80 |
| Total Gross | | | 4,772.98 | 138,936.91 |

| Direct Deposit Accounts | Amount |
|---|---|
| Checking - XXXXXX6706 | 1,986.87 |

| Pre-Tax Deductions | | Current | Year To Date |
|---|---|---|---|
| Pretax Medical Plan | | 76.66 | 1,456.54 |
| Pretax Dental Plan | | 6.37 | 121.03 |
| Pretax Vision Plan | | 1.34 | 25.46 |
| 401(k) Savings Plan | | 237.60 | 6,926.89 |
| Total | | 321.97 | 8,529.92 |

| W2 Gross | 4,451.01 | 130,406.99 |
|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement - | - | - | - | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 818.72 | 26,986.46 |
| Social Security (FICA) | - | 7,886.40 |
| Federal Medicare | 67.98 | 1,991.34 |
| Colorado Income Tax | 202.00 | 5,959.00 |
| Total | 1,088.70 | 42,823.20 |

| After-Tax Deductions | Current | Year To Date |
|---|---|---|
| 401(k) Loan 1 | 112.77 | 2,142.63 |
| 401(k) Loan 2 | 320.29 | 6,085.51 |
| LTD | 7.92 | 150.48 |
| Supplemental Life Insurance | 7.99 | 151.81 |
| Group Term Life>$50,000 Offse | 7.20 | 136.80 |
| Wage Attachment | 919.27 | 9,660.95 |
| Total | 1,375.44 | 18,328.18 |

| Net Pay | 1,986.87 |
|---|---|

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 728-1111
© 2006 ADP, LLC  All Rights Reserved

EXHIBIT 1 - page 3

```
Dell Marketing LP                                     09/08/2017              D4517610
One Dell Way RR1-64
Round Rock, TX 78682

ADVICE OF DEPOSIT - NON-NEGOTIABLE                                          $1,986.86


        SHAWNA G. KENNEDY
        17870 NEW LONDON RD
        MONUMENT, CO 80132

        HDQ 10062442 - 221091        AG1A-1-             NON-NEGOTIABLE
```

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX US-S CO-S | | US-3/0 | CO-0/0 | D4517610 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 08/26/17 | 09/08/17 | 09/08/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | - | - | 4,751.94 | 85,534.92 | Checking - XXXXXX6706 | 1,986.86 |
| Commissions | - | - | - | 46,851.71 | | |
| Remote Stipend | - | - | 13.84 | 249.12 | | |
| SPIF | - | - | - | 1,398.58 | | |
| Group Term Life > $50,000 | - | - | 7.20 | 129.60 | | |
| Total Gross | | | 4,772.98 | 134,163.93 | | |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| Pretax Medical Plan | | | 76.66 | 1,379.88 |
| Pretax Dental Plan | | | 6.37 | 114.66 |
| Pretax Vision Plan | | | 1.34 | 24.12 |
| 401(k) Savings Plan | | | 237.60 | 6,689.29 |
| Total | | | 321.97 | 8,207.95 |

| W2 Gross | | | 4,451.01 | 125,955.98 |
|---|---|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement | - | - | - | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 818.72 | 26,167.74 |
| Social Security (FICA) | | | - | 7,886.40 |
| Federal Medicare | | | 67.99 | 1,923.36 |
| Colorado Income Tax | | | 202.00 | 5,757.00 |
| Total | | | 1,088.71 | 41,734.50 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| 401(k) Loan 1 | | | 112.77 | 2,029.86 |
| 401(k) Loan 2 | | | 320.29 | 5,765.22 |
| LTD | | | 7.92 | 142.56 |
| Supplemental Life Insurance | | | 7.99 | 143.82 |
| Group Term Life>$50,000 Offse | | | 7.20 | 129.60 |
| Wage Attachment | | | 919.27 | 8,741.68 |
| Total | | | 1,375.44 | 16,952.74 |

| Net Pay | 1,986.86 |
|---|---|

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 728-1111
© 2006 ADP, LLC All Rights Reserved

EXHIBIT 1 - page 4



| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX US-S CO-S | | US-3/0 CO-0/0 | | D4510649 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 09/01/17 | 09/01/17 | 09/01/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | - | - | - | 80,782.98 | Checking - XXXXXX6706 | 3,945.05 |
| Commissions | - | - | 9,061.62 | 46,851.71 | | |
| Remote Stipend | - | - | - | 235.28 | | |
| SPIF | - | - | - | 1,398.58 | | |
| Group Term Life > $50,000 | - | - | - | 122.40 | | |
| Total Gross | | | 9,061.62 | 129,390.95 | | |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| Pretax Medical Plan | | | - | 1,303.22 |
| Pretax Dental Plan | | | - | 108.29 |
| Pretax Vision Plan | | | - | 22.78 |
| 401(k) Savings Plan | | | 453.08 | 6,451.69 |
| Total | | | 453.08 | 7,885.98 |

| W2 Gross | | | 8,608.54 | 121,504.97 |
|---|---|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement - | | - | - | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 2,152.14 | 25,349.02 |
| Social Security (FICA) | | | 514.91 | 7,886.40 |
| Federal Medicare | | | 131.39 | 1,855.37 |
| Colorado Income Tax | | | 399.00 | 5,555.00 |
| Total | | | 3,197.44 | 40,645.79 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| 401(k) Loan 1 | | | - | 1,917.09 |
| 401(k) Loan 2 | | | - | 5,444.93 |
| LTD | | | - | 134.64 |
| Supplemental Life Insurance | | | - | 135.83 |
| Group Term Life>$50,000 Offse | | | - | 122.40 |
| Wage Attachment | | | 1,466.05 | 7,822.41 |
| Total | | | 1,466.05 | 15,577.30 |

| | Net Pay | 3,945.05 | |
|---|---|---|---|

Dell Marketing LP  -  One Dell Way  Round Rock,  TX  78682  -  (512) 728-1111
© 2006 ADP, LLC  All Rights Reserved

EXHIBIT 1 - page 5

**Dell Marketing LP**
One Dell Way RR1-64
Round Rock, TX 78682

08/25/2017    D4503204

ADVICE OF DEPOSIT - NON-NEGOTIABLE                    $1,768.84

SHAWNA G. KENNEDY
17870 NEW LONDON RD
MONUMENT, CO 80132

HDQ 10062442 221091    AFUA-1-    **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX | US-S CO-S | US-3/0 | CO-0/0 | D4503204 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 08/12/17 | 08/25/17 | 08/25/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | - | - | 4,751.94 | 80,782.98 | Checking - XXXXXX6706 | 1,768.84 |
| Commissions | - | - | - | 37,790.09 | | |
| Remote Stipend | - | - | 13.84 | 235.28 | | |
| SPIF | - | - | - | 1,398.58 | | |
| Group Term Life > $50,000 | - | - | 7.20 | 122.40 | | |
| Total Gross | | | 4,772.98 | 120,329.33 | | |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| Pretax Medical Plan | | | 76.66 | 1,303.22 |
| Pretax Dental Plan | | | 6.37 | 108.29 |
| Pretax Vision Plan | | | 1.34 | 22.78 |
| 401(k) Savings Plan | | | 237.60 | 5,998.61 |
| Total | | | 321.97 | 7,432.90 |

| W2 Gross | | | 4,451.01 | 112,896.43 |
|---|---|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement - | - | - | - | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 818.72 | 23,196.88 |
| Social Security (FICA) | | | 290.69 | 7,371.49 |
| Federal Medicare | | | 67.99 | 1,723.98 |
| Colorado Income Tax | | | 202.00 | 5,156.00 |
| Total | | | 1,379.40 | 37,448.35 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| 401(k) Loan 1 | | | 112.77 | 1,917.09 |
| 401(k) Loan 2 | | | 320.29 | 5,444.93 |
| LTD | | | 7.92 | 134.64 |
| Supplemental Life Insurance | | | 7.99 | 135.83 |
| Group Term Life>$50,000 Offse | | | 7.20 | 122.40 |
| Wage Attachment | | | 846.60 | 6,356.36 |
| Total | | | 1,302.77 | 14,111.25 |

| | Net Pay | 1,768.84 |
|---|---|---|

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 728-8111
© 2006 ADP, LLC All Rights Reserved

EXHIBIT 1 - page 6



**Dell Marketing LP**
One Dell Way RR1-64
Round Rock, TX 78682

08/11/2017    D4493613

ADVICE OF DEPOSIT - NON-NEGOTIABLE    $1,768.84

SHAWNA G. KENNEDY
17870 NEW LONDON RD
MONUMENT, CO 80132

HDQ 10062442 · 221091    AFPA-1-

**NON-NEGOTIABLE**

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX US-S | CO-S | US-3/0 | CO-0/0 | D4493613 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 07/29/17 | 08/11/17 | 08/11/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | - | - | 4,751.94 | 76,031.04 | Checking - XXXXXX6706 | 1,768.84 |
| Commissions | - | - | - | 37,790.09 | | |
| Remote Stipend | - | - | 13.84 | 221.44 | | |
| SPIF | - | - | - | 1,398.58 | | |
| Group Term Life > $50,000 | - | - | 7.20 | 115.20 | | |
| Total Gross | | | 4,772.98 | 115,556.35 | | |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| Pretax Medical Plan | | | 76.66 | 1,226.56 |
| Pretax Dental Plan | | | 6.37 | 101.92 |
| Pretax Vision Plan | | | 1.34 | 21.44 |
| 401(k) Savings Plan | | | 237.60 | 5,761.01 |
| Total | | | 321.97 | 7,110.93 |

| W2 Gross | | | 4,451.01 | 108,445.42 |
|---|---|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement | - | - | - | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 818.72 | 22,378.16 |
| Social Security (FICA) | | | 290.70 | 7,080.80 |
| Federal Medicare | | | 67.98 | 1,655.99 |
| Colorado Income Tax | | | 202.00 | 4,954.00 |
| Total | | | 1,379.40 | 36,068.95 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| 401(k) Loan 1 | | | 112.77 | 1,804.32 |
| 401(k) Loan 2 | | | 320.29 | 5,124.64 |
| LTD | | | 7.92 | 126.72 |
| Supplemental Life Insurance | | | 7.99 | 127.84 |
| Group Term Life>$50,000 Offse | | | 7.20 | 115.20 |
| Wage Attachment | | | 846.60 | 5,509.76 |
| Total | | | 1,302.77 | 12,808.48 |

| | Net Pay | 1,768.84 |
|---|---|---|

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 728-8111
© 2006 ADP, LLC All Rights Reserved

EXHIBIT 1 - page 7

**Dell Marketing LP**
One Dell Way RR1-64
Round Rock, TX 78682

08/11/2017    D4493613

### ADVICE OF DEPOSIT - NON-NEGOTIABLE                                    $1,768.84

SHAWNA G. KENNEDY
17870 NEW LONDON RD
MONUMENT, CO 80132

HDQ 10062442 - 221091    AFPA-1

**NON-NEGOTIABLE**

---

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| SHAWNA G. KENNEDY | | | 00545627 | XXX-XX-XXXX | US-S CO-S | US-3/0 | CO-0/0 | D4493613 |
| Code | | Paygroup | | | Hire Date | Period Start | Period End | Pay Date |
| DMLP-DEL | | 1 | | | 04/09/12 | 07/29/17 | 08/11/17 | 08/11/17 |

| Earnings | Rate | Units | Current | Year To Date | Direct Deposit Accounts | Amount |
|---|---|---|---|---|---|---|
| Salary Exempt | | | 4,751.94 | 75,031.04 | Checking - XXXXXX6705 | 1,768.84 |
| Commissions | | | | 37,790.09 | | |
| Remote Stipend | | | 13.84 | 221.44 | | |
| SPIF | | | | 1,398.58 | | |
| Group Term Life > $50,000 | | | 7.20 | 115.20 | | |
| Total Gross | | | 4,772.98 | 115,556.35 | | |

| Pre-Tax Deductions | | | | |
|---|---|---|---|---|
| Pretax Medical Plan | | | 76.66 | 1,226.56 |
| Pretax Dental Plan | | | 6.37 | 101.92 |
| Pretax Vision Plan | | | 1.34 | 21.44 |
| 401(k) Savings Plan | | | 237.60 | 5,761.01 |
| Total | | | 321.97 | 7,110.93 |

| W2 Gross | | | 4,451.01 | 108,445.42 |
|---|---|---|---|---|

| Non-Taxable Payments | Rate | Units | Current | Year To Date |
|---|---|---|---|---|
| Business Expense Reimbursement | | | | 1,647.00 |
| | | | - | 1,647.00 |

| Taxes | | | | |
|---|---|---|---|---|
| Federal Income Tax | | | 818.72 | 22,378.16 |
| Social Security (FICA) | | | 290.70 | 7,080.80 |
| Federal Medicare | | | 67.98 | 1,655.99 |
| Colorado Income Tax | | | 202.00 | 4,954.00 |
| Total | | | 1,379.40 | 36,068.95 |

| After-Tax Deductions | | | | |
|---|---|---|---|---|
| 401(k) Loan 1 | | | 112.77 | 1,804.32 |
| 401(k) Loan 2 | | | 320.29 | 5,124.64 |
| LTD | | | 7.92 | 126.72 |
| Supplemental Life Insurance | | | 7.99 | 127.84 |
| Group Term Life>$50,000 Offse | | | 7.20 | 115.20 |
| Wage Attachment | | | 846.60 | 5,509.76 |
| Total | | | 1,302.77 | 12,808.48 |

Net Pay    1,768.84

Dell Marketing LP - One Dell Way Round Rock, TX 78682 - (512) 728-8111
© 2006 ADP, LLC All Rights Reserved

EXHIBIT 1 - page 8