IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| MCFALLS-KENNEDY, SHAWNA GAIL ) | CHAPTER 7 |
| XXX-XX-9290 ) | CASE NO. 17-19523-JGR |
| ) | |
| ) | |
| Debtor(s). ) | |

## TRUSTEE'S MOTION TO COMPEL TURNOVER OF ESTATE PROPERTY

Robertson B. Cohen, the Chapter 7 Trustee herein ("Trustee"), moves this Court for an order compelling the above-captioned Debtor to turnover certain property of the estate to the Trustee pursuant to 11 U.S.C. §§521(a)(3),(4), 541 and 542(a). In support thereof, Trustee states as follows:

1. Debtor filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code and supporting schedules and statements (collectively referred to herein as Debtor's "Original Schedules") on October 13, 2017. A meeting of creditors in this case was conducted on November 14, 2017 and continued to December 4, 2017.

2. At the time of filing Debtor had nonexempt property in the total amount of $18,085.82 consisting of 1967 Volvo P210 ($12,500.00), 2014 Royal Enfield Motorcycle Classic 500 with sidecar ($3000.00), a 1973 Rio Del Ray Camper ($1,000.00), Paddle board, Canoe, Gold Clubs and Tennis Racquets ($500.00), cash ($25.00), TCF bank account ($558.07) and wages owed at the time of filing ($502.75) ("Property"). Debtor has informed Trustee that she wished to retain and purchase the Property back from the estate.

3. On or about March 7, 2018, Trustee requested turnover of the value of the property with a payment of $2,500.00 by March 15, 2018 and payment of $2,500.00 by April 15, 2018 and the remainder by May 5, 2018.

4. Trustee has not received any payments.

5. Trustee requests that Debtor turnover the 1967 Volvo P210, 2014 Royal Enfield Motorcycle Classic 500 with sidecar, the 1973 Rio Del Ray Camper, the Paddle board, Canoe, Gold Clubs and Tennis Racquets to the Trustee or the Trustee's agents. Trustee also request turnover of cash, nonexempt bank accounts and wages owed in the amount of $1,085.82 to Trustee within ten (10) days.

WHEREFORE, Trustee prays for an Order, in the form of which is submitted herewith, compelling Debtor to turnover the nonexempt Property to Trustee within ten (10) days of the date of the entry of such Order and further relief as this Court deems as just and proper.

Dated this April 30, 2018

                                             Respectfully submitted,

*/s/ Robertson B. Cohen*
Robertson B. Cohen, Chapter 7 Trustee
1720 S Bellaire Suite 205
Denver, CO 80222
Phone: (303) 933-4529
Email: trusteecohen@cohenlawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 30, 2018, a true and correct copy of the foregoing TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER ESTATE PROPERTY was duly served by placing the same, postage pre-paid, in the United States mail, addressed as follows and via CM/ECF electronic service:

| | |
|---|---|
| Shawna Gail McFalls-Kennedy<br>17870 New London Rd<br>Monument, CO 80132 | US Trustee<br>*via CM/ECF electronic service* |
| Chad S. Caby, Esq.<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>1200 17th Street, Suite 3000<br>Denver, CO 80202-5855 | Sean Cloyes<br>*via CM/ECF electronic service* |
| | |

                                             */s/ Beth Saville*
                                             Beth Saville