## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| MCFALLS-KENNEDY, SHAWNA GAIL ) | CHAPTER 7 |
| XXX-XX-9290 ) | CASE NO. 17-19523-JGR |
| ) | |
| ) | |
| Debtor(s). ) | |

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULES 2002-1 AND 9013-1 OF TRUSTEE'S MOTION TO COMPEL TURNOVER OF ESTATE PROPERTY

### OBJECTION DEADLINE: May 14, 2018 .

YOU ARE HERBY NOTIFIED that the Trustee of the Estate has filed with the Court **TRUSTEE'S MOTION TO COMPEL TURNOVER**, to wit**:**. Subject to Court approval, the Trustee seeks an Order compelling the above-captioned Debtor to turnover a 1967 Volvo P210, a 2014 Royal Enfield Motorcycle Classic 500 with sidecar, a 1973 Rio Del Ray Camper, a Paddle board, Canoe, Gold Clubs and Tennis Racquets and $1,085.82 of nonexempt cash, bank accounts and wages owed at the time of filing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Trustee's Motion to Compel Turnover or if you want the court to consider your views on the Trustee's Motion to Compel Turnover, then on or before May 14, 2018, you or your attorney must file with the court a response and/or a request for hearing which clearly states all objections and any legal basis for the objections at:

Clerk, US Bankruptcy Court
721 19th Street
Denver, CO 80202

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Trustee Robertson B. Cohen
1720 S Bellaire Street, Ste. 205
Denver, CO 80222

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.
Dated: April 30, 2018

                     Respectfully submitted,

                     By: */s/ Robertson B. Cohen*
                     Robertson B. Cohen
                     Chapter 7 Trustee
                     1720 S Bellaire Suite 205
                     Denver, CO  80222
                     Phone: (303) 933-4529
                     Email: trusteecohen@cohenlawyers.com