IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO, AT DENVER

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Shawna Gail McFalls-Kennedy | ) | Case No. 17-19523 |
| Debtor, | ) | Chapter 7 |
| | ) | |
| JPMorgan Chase Bank, N.A. | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Shawna Kennedy | ) | |
| Respondent, | ) | |
| and | ) | |
| | ) | |
| Robertson B. Cohen | ) | |
| Trustee. | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER (RE: MOTION FOR RELIEF FROM STAY)**

On May 3, 2018, JPMorgan Chase Bank, N.A. filed a motion pursuant to Local Bankruptcy Rule 4001-1 entitled Motion for Relief from Stay (Docket No. 45). Movant hereby represents and shows the Court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), as is shown on the certificate of service previously filed with the notice.

2. A hearing on said motion/application was scheduled for June 5, 2018, at 9:30 a.m.

3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion (Docket No. 45), granting the requested relief.

Dated: June 5, 2018 /s/Sheldon R. Singer
Signature of Attorney of Movant

Court Use Only: the undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.

Dated: ____

Signature of Deputy Clerk