IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO, AT DENVER

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Shawna Gail McFalls-Kennedy | ) | Case No. 17-19523 |
| Debtor, | ) | Chapter 7 |
| | ) | |
| JPMorgan Chase Bank, N.A. | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| Shawna Kennedy | ) | |
| Respondent, | ) | |
| and | ) | |
| | ) | |
| Robertson B. Cohen | ) | |
| Trustee. | ) | |

## ORDER ON MOTION FOR RELIEF FROM STAY

JPMorgan Chase Bank, N.A., Movant, has filed herein an application for relief from stay.

1. [**X**] to foreclose on and/or take possession and control of property described as follows: a 2014 Land Rover Range Rover; VIN SALWR2WF3EA322441.

2. [ ] to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in: _____
_____.

3. [ ] other: _____.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and JPMorgan Chase Bank, N.A. is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment JPMorgan Chase Bank, N.A. may obtain against the debtor personally or the debtor's post-petition property.)

Dated: June 6, 2018

BY THE COURT:

Joseph G. Rosania, Jr.
UNITED STATES BANKRUPTCY JUDGE